IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
WESTERN DIVISION

CANDICE BURNETT,
Parent of Jarius Hymes, a Minor                                        PLAINTIFF

v.                         No. 4:16-cv-213-DPM-JTR

CAROLYN COLVIN,
Acting Commissioner,
Social Security Administration                                         DEFENDANT

## ORDER

Burnett's unopposed motion to dismiss, № 21, is granted. She intends to pursue a new claim for supplemental security benefits at the initial level. Her complaint is dismissed with prejudice.

So Ordered.

_____
D.P. Marshall Jr.
United States District Judge

20 September 2016