IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
WESTERN DIVISION

CANDICE BURNETT,
Parent of Jarius Hymes, a Minor                                    PLAINTIFF

v.                    No. 4:16-cv-213-DPM-JTR

CAROLYN COLVIN,
Acting Commissioner,
Social Security Administration                                     DEFENDANT

## JUDGMENT

Burnett's complaint is dismissed with prejudice.

_____
D.P. Marshall Jr.
United States District Judge

20 September 2016